NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1354

JAMES AND SHIRLEY BAKER

VERSUS

ABC INSURANCE CO. AND
MESONIE HALLEY

************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2003-4407,
HONORABLE G. MICHAEL CANADY, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Ulysses G. Thibodeaux, Chief Judge, Jimmie C. Peters and J. David Painter, Judges.

AFFIRMED.

James and Shirley Baker
1271 St. Jules Road
Iota, LA  70543
(337) 616-1557
IN PROPER PERSON

Emmett C. Sole
H. Alan McCall
Stockwell, Sievert, Viccellio,
Clements & Shaddock, L.L.P.
Post Office Box 2900
Lake Charles, LA  70602
(337) 436-9491
COUNSEL FOR DEFENDANTS/APPELLEES:
    ABC Insurance Company and Mesonie Halley